

**SO ORDERED,**

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| LINDA STEWART | 17-13186-JDW |

### AGREED ORDER GRANTING MOTION TO DISMISS (DKT. #58)

THIS MATTER came before the Court on the Motion to Dismiss (Dkt. #58) (the "Motion") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and response thereto filed by the Debtor (Dkt. #59). Upon agreement of the parties,

IT IS ORDERED that:

1. The Motion shall be and is hereby granted.
2. This case shall be and is hereby dismissed.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN
ATTORNEY FOR TRUSTEE

APPROVED AS TO FORM:

/s/ John F. Hughes
JOHN F. HUGHES
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392